**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TEAM ACCESSIBILITY GROUP,**
**INC., et al.,**

    **Plaintiffs,**

v.                                                            Case No.  **8:04-cv-1823-T-30TBM**

**BAY PINES PLAZA, INC.,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon a Joint Motion for Dismissal With Prejudice and for Order Authorizing Payment of Fees and Costs to Plaintiffs (Dkt. #17). The parties previously filed a Notice of Settlement (Dkt. #15) and this Court issued a 60-Day Order of Dismissal (Dkt. #16). The parties now ask this Court to authorize payment of fees and costs. Plaintiffs, however, have not submitted any documents which would allow this Court to determine the reasonableness of its claimed fees, expenses, and costs. Accordingly, this Court denies the parties' Motion.

It is therefore ORDERED AND ADJUDGED that:

1. The Joint Motion for Dismissal With Prejudice and for Order Authorizing Payment of Fees and Costs to Plaintiffs (Dkt. #17) is **DENIED**.

2.	Counsel for Plaintiffs shall submit time records and other relevant supporting documentation to the Court within twenty (20) days of this Order so that the Court may assess the reasonableness of the terms of the parties' settlement agreement.

**DONE** and **ORDERED** in Tampa, Florida on May 17, 2005.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2004\04-cv-1823 Motn Fees ADA.wpd